# Watson, Farley & Williams

Our reference: 21699.50002/80286228v1

**Watson, Farley & Williams LLP**
1133 Avenue of the Americas
New York, New York 10036
Tel +1 212 922 2200
Fax +1 212 922 1512
Direct +1 212 922 2219
Email: jkissane@wfw.com

Via ECF and Facsimile

September 10, 2014

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: SEP 11 2014]

Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom: 12D
New York, NY 10007-1312

MEMO ENDORSED

RE: Vassilios Manios v. Evangelia Manios Zachariou U.S.D.C, S.D.N.Y. No. 14-cv-4331 (LTS)

Dear Judge Swain:

We represent the Petitioner in the above-captioned matter which concerns a Petition to Vacate an Arbitration Award. I respectfully request that the conference scheduled for November 14, 2014 be adjourned to another date as I will be speaking at the Lloyd's Maritime Academy Conference in Miami between November 12-14, 2014. Respondent's counsel has consented to the adjournment and is generally available in November.

Respectfully,

*[signature]*

John G. Kissane

cc:   Derek Adler, Esq. (counsel for Respondent)

*[Handwritten endorsement:]* The November 14, 2014 conference is adjourned to November 21, 2014, at 10:15AM. Docket entry #20 resolved.

**SO ORDERED:**

*[signature]* 9/11/2014
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Watson, Farley & Williams LLP is a Delaware limited liability partnership. Any reference to a 'partner' means a member of Watson, Farley & Williams LLP, or a member or partner in an affiliated undertaking, or an employee or consultant with equivalent standing and qualification.
Watson, Farley & Williams LLP or an affiliated undertaking has an office in each of the cities listed.

London • New York • Paris • Hamburg • Munich • Frankfurt • Rome • Milan • Madrid • Athens • Singapore • Bangkok • Hong Kong