USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 3/31/2015

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
VASSILIOS MANIOS,

                 Petitioner,                 14 **CIVIL** 4331 (LTS)(DCF)

     -against-                             **JUDGMENT**

EVANGELIA MANIOS ZACHARIOU,

                 Respondent.
-----------------------------------------------------------------X

      Petitioner, Vassilios Manios, having petitioned to vacate an arbitration award rendered by a tribunal of the American Arbitration Association in favor of Evangelia Manios Zachariou (Doc. # 14) on August 29, 2014, and Respondent, Evangelia Manios Zachariou, having cross-moved for confirmation of the arbitration award, and for an award of attorneys' fees incurred in litigating this motion (Doc. # 25) on September 30, 2014, and the matter having been brought before the Honorable Laura Taylor Swain, United States District Judge, and the Court, on March 31, 2015, having issued its Memorandum Opinion and Order (Doc. # 30), denying Manios' petition to vacate the award, granting Zachariou's cross-motion for confirmation, and denying Zachariou's cross-motion for attorneys' fees, and directing the Clerk of Court to enter judgment confirming the arbitration award and to close this case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order (Doc. # 30) dated March 31, 2015, Petitioner's motion to vacate the arbitration panel's Final Award is denied, Respondent's cross-motion to confirm the award is granted, Respondent's cross-motion for attorneys' fees is denied, and judgment is hereby

entered confirming the arbitration award; accordingly, the case is closed.

**DATED:** New York, New York
March 31, 2015

**RUBY J. KRAJICK**
**Clerk of Court**

**BY:** *[signature]*

**Deputy Clerk**